MARY JANE HUNGATE, Respondent, v. WILSON HUNGATE, Appellant.— Order granting plaintiff's motion to strike certain paragraphs from the answer affirmed,

with ten dollars costs and disbursements; defendant to serve a verified amended answer, omitting therefrom the paragraphs stricken out, within ten days from service of a copy of the order herein upon payment of such costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.